UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Criminal Minutes - General

Case No. __2:10CR04-SA__   Place Held __Aberdeen__
Style __USA VS DENNIS MCKNIGHT__
Date & Time Began __8/24/11, 10:10 a.m.__   Date & Time Ended __8/24/11, 10:20 a.m.__

Total Time __10 min.__

PRESENT:

Honorable __Sharion Aycock__, Judge

| __Ginger Sisk__ | __Phyllis McLarty__ |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present:
Government                          Defendant (s)
Paul Roberts, AUSA                  LeRoy Percy

PROCEEDINGS: Sentencing.

Docket Entry: Court held Sentencing as to Counts 1 and 6 of the Indictment. Oral Motion of Government to Dismiss Counts 2 & 3 of the Indicment granted. Judgment to follow.

DAVID CREWS, CLERK

By __/s/ Ginger Sisk__
Ginger Sisk, Courtroom Clerk